# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com


August 17, 2026

Honorable Judge Gabriel W. Gorenstein
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

MEMORANDUM ENDORSED

**Re: Agramonte v. 323 East Gun Hill LLC et al., 25-cv-09536**

Your Honor,

The Plaintiff has signed the proposed settlement agreement and we are waiting the Defendants to return their executed copy, which we expect shortly.

If the Court would so permit, Plaintiff would respectfully request until Friday August 21, 2026 to submit the Cheeks motion in this matter.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Extension to August 21, 2026, granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 18, 2026