UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CASILDO AGRAMONTE :

: ORDER

Plaintiff, 25 Civ. 9536 (GWG)

:

-v.-

:

:

323 EAST GUN HILL LLC et al.,

:

Defendants. :

---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

With respect to the application to approve the settlement, the Court notes that the signature of plaintiff on the retainer agreement, whose text is rendered in English and Spanish, occurs immediately after a legend in the Spanish language (Docket # 29-3 at 11), thus suggesting that the client spoke only Spanish.

The settlement agreement, however, is entirely in English. (Docket # 29-1)

Plaintiff is directed to make a filing with the Court that indicates whether the settlement agreement was at any point translated into Spanish for plaintiff.

SO ORDERED.

Dated: August 24, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge