UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CASILDO AGRAMONTE :

: ORDER OF DISCONTINUANCE
Plaintiff, 25 Civ. 9536 (GWG)
:
-v.-
:

:
323 EAST GUN HILL LLC et al.,
:

Defendants. :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

This case contains claims under the Fair Labor Standards Act. On July 20, 2026, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In a filing dated August 21, 2026 (Docket # 29), the parties have submitted their proposed settlement agreement. Having reviewed the proposed settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable. The settlement is approved.

The Court is aware that the attorney's fees sought based on the one-third contingency fee arrangement are far less than the "lodestar" amount. For the reasons stated in Puerto v. Happy Life Home Health Agency Inc., 704 F. Supp. 3d 403 (S.D.N.Y. 2023), however, we nonetheless find the fee reasonable because the one-third contingency fee arrangement was reasonable at the time it was made. See also Mercado v. Pikasso Empanadas & Mas, Inc. 2026 WL 2455260, at *2 (S.D.N.Y. Aug. 21, 2026). To attract practitioners to cases that are less than sure winners, it is important that fees not be denied in situations where the contingency amount exceeds the lodestar.

Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

Any pending motions are moot. The Clerk is requested to close the case.

SO ORDERED.

Dated: September 9, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge